UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LISSETTE MUNOZ, et al.,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>CITY OF DALY CITY, et al.,<br><br>　　　　Defendants. | Case No: 19-cv-00465 SBA<br><br>**ORDER DENYING STIPULATION TO CONTINUE TRIAL DATE AND PRE-TRIAL DEADLINES WITHOUT PREJUDICE**<br><br>Dkt. 49 |

On February 21, 2020, the parties filed a stipulation to continue the trial date and pre-trial deadlines. Dkt. 49. Once entered, a scheduling order "may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). The parties state that an "attached declaration of counsel sets forth the asserted good cause for the stipulation." Dkt. 49 at 3. However, no declaration is attached, and the stipulation itself fails to set forth good cause to modify the pretrial schedule. See Zivkovic v. S. Cal. Edison Co., 302 F.3d 1080, 1087 (9th Cir. 2002) ("good cause" may be shown where pretrial deadlines cannot reasonably be met despite the diligence of the those seeking the extension). Accordingly, the parties' stipulation is DENIED without prejudice to the re-filing of a stipulation that sets forth the requisite good cause.

　　IT IS SO ORDERED.

Dated: 02/24/20

　　　　　　　　　　　　　　　　　　　*Saundra B Armstrong*
　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　Senior United States District Judge